No. 03–5307.   ROWELL v. GRIEGAS, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–5308.   SMITH v. JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 03–5310.   SILVA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–5311.   SCATES v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 03–5312.   SEPULVEDA v. ALAMEIDA, DIRECTOR, CALIFOR-NIA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 03–5313.   SANTIAGO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 03–5314.   FLORES-ESCOBEDO, AKA DOMINGUEZ MARTINEZ v. UNITED STATES; VILORIO-ALVAREZ v. UNITED STATES; RODRIGUEZ-HERNANDEZ v. UNITED STATES; AGUILAR-ALVAREZ, AKA VALENCIA-RIOS v. UNITED STATES; DIMAS-CORREA v. UNITED STATES; SAENZ-BORDON v. UNITED STATES; MONJARAZ-REYES v. UNITED STATES; ARCHER v. UNITED STATES; and GARZA-CEBALLOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 66 Fed. Appx. 523 (ninth judgment); 67 Fed. Appx. 243 (second judgment), 244 (first judgment), 245 (sixth and seventh judgments), and 246 (third, fourth, fifth, and eighth judgments).

No. 03–5315.   GULLATT v. BURT, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 03–5316.   BROWN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 03–5317.   DUTCHER v. MOORE, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX.   C. A. 9th Cir.   Certiorari denied.

No. 03–5318.   LAMBERT v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 03–5319.   KRIEG v. FRIEDMAN.   Sup. Ct. Nev.   Certiorari denied.